(91 South. 778)

No. 25139.

## STATE v. LARRIVIERRE.

(May 1, 1922.)

*(Syllabus by Editorial Staff.)*

Criminal law ⬥261(2)—Conviction set aside, when defendant never rearraigned, after plea withdrawn.

The conviction and sentence must be set aside, where defendant was never rearraigned, after being permitted to withdraw his plea for the purpose of moving to quash the information; no issue having been joined.

Appeal from Eighteenth Judicial District Court, Parish of Lafayette; William Campbell, Judge.

Leonce Larrivierre was convicted of selling and having in his possession intoxicating liquors, and he appeals. Conviction and sentence set aside, and case remanded.

George P. Lessley, of La Fayette, for appellant.

A. V. Coco, Atty. Gen., and Percy T. Ogden, Dist. Atty., of Crowley (T. S. Walmsley, of New Orleans, of counsel), for the State.

By Division C, composed of Justices DAWKINS, ST. PAUL, and THOMPSON.

DAWKINS, J. Defendant was charged and convicted of selling and having in his possession intoxicating liquors, in violation of Act No. 39 of the extra session of the Legislature of 1921, known as the Hood Bill.

After waiving arraignment and pleading not guilty, the lower court permitted him to withdraw his said plea for the purpose of entertaining a motion to quash the bill of information upon certain grounds covered in other bills of exceptions. He was never rearraigned. His counsel has filed in this court an assignment of errors calling our attention to this matter as patent on the face of the record. From this it appears *no issue was joined below,* and the conviction and sen-

tence will have to be set aside. State v. Doucet, 136 La. 180, 66 South. 772; State v. Brackin, 113 La. 879, 37 South. 863; State v. Stewart, 45 La. Ann. 1164, 14 South. 143; State v. Preston, 107 La. 521, 32 South. 67; State v. Hunter, 43 La. Ann. 157, 8 South. 624.

We therefore find it unnecessary to pass upon the bills of exception.

For the reasons assigned, the conviction and sentence are set aside, and this case is remanded, to be further proceeded with according to law.